United States District Court     Southern District of Texas

United States District Court
Southern District of Texas
**ENTERED**
April 08, 2022
Nathan Ochsner, Clerk

| | |
|---|---|
| Morgan Grice, §<br>§<br>Plaintiff, §<br>§<br>versus §<br>§<br>Travis Younger, et al., §<br>§<br>Defendants. § | Civil Action H-19-2295 |

## Order Denying Recusal

Morgan Grice has moved for this court's recusal as biased against her under 28 U.S.C. § 455(a). A court must find "whether a reasonable and objective person, knowing all of the facts, would harbor doubts concerning the judge's impartiality."[1] This objective standard relies on the "well-informed, thoughtful, and objective observer, rather than the hypersensitive, cynical, and suspicious person."[2] A motion for recusal must be brought "at the earliest moment after knowledge of the facts demonstrating the basis for such disqualification," or she may lose the right to do so.[3]

Grice moved for recusal on March 9, 2022. The crux of her argument is based on comments made during a conference on October 16, 2020. Grice waited nearly 18 months – or exactly 509 days – to file her motion, and this was after all discovery had been conducted and dispositive motions resolved. No inidica of a bias claim was mentioned in the meantime. The court protected

---

[1] *United States v. Jordan*, 49 F.3d 152, 155 (5th Cir. 1995).

[2] *United States v. Brocato*, 4 F.4d 296, 301 (5th Cir. 2021).

[3] *Travelers Ins. Co. v. Liljeberg Entrs., Inc.*, 38 F.3d 1404, 1410 (5th Cir. 1994); *United States v. Anderson*, 160 F.3d 231, 234 (5th Cir. 1998).

Grice's interests during discovery by allowing her counsel extensions multiple times after being told it would not longer accept his repetitive excuses. Grice, otherwise, merely attempts to connect unrelated speculation without explanation.

The motion for recusal is denied. (103)

Signed on April 8, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge