## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **MORGAN GRICE,** | )( | **Civil Action No.: 4:19-cv-2295** |
| | )( | **(Jury Trial)** |
| *Plaintiff,* | )( | |
| | )( | |
| **V.** | )( | |
| | )( | |
| **TRAVIS YOUNGER,** *et al.,* | )( | |
| | )( | |
| *Defendants.* | )( | |

## AMENDED NOTICE OF APPEAL

**TO THE HONORABLE LYNN N. HUGHES:**

**NOW COMES PLAINTIFF** and files notice of appeal to the United States

Fifth Circuit Court of Appeals from the United States District Court for the Southern

District of Texas, Houston Division, appealing judgments and orders including:

1). The Final Judgment (Doc. 101) and OPINION ON SUMMARY

JUDGMENT (Doc. 100) entered February 24, 2022;

2). The PARTIAL DISMISSAL (Doc. 59) and OPINION ON PARTIAL

DISMISSAL (Doc. 58) entered November 18, 2020;

3). ORDER DENYING RECUSAL (Doc. 108) entered April 8, 2022; and

4). all other orders in the case, if any, including those denied by mooting

at final judgment.

The February 24, 2022 Final Judgment disposed of all claims and constituted a final judgment making all orders subject to appeal.

/s/ Randall L. Kallinen
Randall L. Kallinen
Kallinen Law PLLC
U.S. Southern District of TX Bar No.:19417
State of Texas Bar No. 00790995
511 Broadway Street
Houston, Texas 77012
Telephone:  713.320.3785
FAX:          713.893.6737
Email:        AttorneyKallinen@aol.com

/s/Alexander C. Johnson
Alexander C. Johnson
Kallinen Law PLLC
State of Texas Bar No. 24123583
U.S. Southern Dist. of TX Bar No.: 3679181
511 Broadway Street
Houston, Texas 77012
Telephone:  573.340.3316
FAX:          713.893.6737
Email:        alex@acj.legal

ATTORNEYS FOR PLAINTIFF

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the above and foregoing has been transmitted to the all counsel appearing in this cause and pro se parties on this the 14 Day of April 2022 by filing with the ECF System of the United States District Court for the Southern District of Texas.

/s/ Randall L. Kallinen
Randall L. Kallinen